Elinor Avrams and Ward Patton, Appellants, v. William H. Fuller, Appellee.

Gen. No. 43,105.

Heard in the second division, first district, this

court at the June term, 1944; opinion filed April 19, 1945; rehearing denied May 1, 1945; released for publication May 2, 1945. H. H. Patterson and Harry S. Posner, for appellants; Edmund C. Maurer, of counsel; Rawlins & Wright, for appellee; James F. Wright and F. W. Johnson, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.